# EXHIBIT 1 –
# EVIDENCE SUMMARY
## Chart of Claimed Rulemaking Authority

Whenever possible, citations of authority have been expressed as the currently-in-force version.

▨▨▨  Indicates that DOL did <u>not</u> assert either independent/statutory or redelegated/regulatory authority, or both.

| No. | Date | DOL | DHS/AG/INS | Citation of Agency Authority | NONE | 8 U.S.C. § 1101 | 8 U.S.C. § 1101 (a)(15)(H)(ii) | 8 U.S.C. § 1103 | 8 U.S.C. § 1103 (a) | 8 U.S.C. § 1103 (a) (6) | 8 U.S.C. § 1184 | 8 U.S.C. § 1184 (a) | 8 U.S.C. § 1184 (c) | 8 U.S.C. § 1184 (e) | 29 U.S.C. § 49 | 8 C.F.R. § 214.2 | 8 C.F.R. § 214.2 (h) | 8 C.F.R. § 214.2 (h) (6) | 8 C.F.R. § 214.2 (h) (6) (iii) (D) | 8 C.F.R. § 214.2 (h) (6) (iv) (A) | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 28Dec48 | X | | Final Rule, 13 Fed. Reg. 8375 | | | | | | | | | | | X | | | | | | Agricultural workers |
| 2. | 8Sep51 | X | | Final Rule, 16 Fed. Reg. 9142 | | | | | | | | | | | X | | | | | | Agricultural workers |
| 3. | | | | **1952-1968 – INS adjudicates non-agricultural H-2 and DOL lacks express authority and regulations** | | | | | | | | | | | | | | | | | |
| 4. | **4May66** | | **X** | **Final Rule, 31 Fed. Reg. 6611** | | | **X** | | | | | | | | | | | | | | **No pub comment, Ag. Procedure** |
| 5. | **8Sep66** | | **X** | **Final Rule, 31 Fed. Reg. 11744** | | | **X** | | | | | | | | | | | | | | **No pub comment, Ag. Procedure** |
| 6. | 16Mar68 | X | | NPRM, 33 Fed. Reg. 4629 | X | | | | X | | | | | | X | | | | | | Procedural rules |
| 7. | 22May68 | X | | Final Rule, 33 Fed. Reg. 7570 | X | | | | X | | | | | | X | | | | | | Procedural rules |
| 8. | 1984 | X | | NAACP v. Donovan (D.C. Cir.) | | | | | | | | | | | | | | | | | INS delegated authority; Agricultural |
| 9. | 1985 | X | | Va. Agric. v. DOL (4th Cir.) | | | | | | | | | | | | | | | | | INS delegated authority; Agricultural |
| 10. | 1985 | X | | Shoreham v. Donovan (2d Cir.) | | | | | | | | | | | | | | | | | "Pursuant to INS regulations"; Agricultural |
| 11. | Apr85 | X | | 20 C.F.R. § 655.1 (codified) | | | | | | | | | | | X | | | | | | |
| 12. | Apr87 | X | | 20 C.F.R. § 655.1 (codified) | | | | | | | | | | | X | | | | | | |
| 13. | 1989 | X | | Sweet Life v. DoL (5th Cir.) | | | | | | | | | | | | | | | | | Pursuant to INS authority; H-2B |
| | | | | **2003-2015 –DHS and DOL vacillate between independent v. redelegated authority** | | | | | | | | | | | | | | | | | |

| No. | Date | DOL | DHS/AG/INS | Citation of Agency Authority | NONE | 8 U.S.C. § 1101 | 8 U.S.C. § 1101 (a)(15)(H)(ii) | 8 U.S.C. § 1103 | 8 U.S.C. § 1103 (a) | 8 U.S.C. § 1103 (a) (6) | 8 U.S.C. § 1184 | 8 U.S.C. § 1184 (a) | 8 U.S.C. § 1184 (c) | 8 U.S.C. § 1184 (e) | 29 U.S.C. § 49 | 8 C.F.R. § 214.2 | 8 C.F.R. § 214.2 (h) | 8 C.F.R. § 214.2 (h) (6) | 8 C.F.R. § 214.2 (h) (6) (iii) (D) | 8 C.F.R. § 214.2 (h) (6) (iv) (A) | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14. | Oct03 | X | | Unified agenda, DOL 1205-AB36 | | X | | | X | | | | | | X | | | | | | |
| 15. | 13Feb08 | X | | NPRM, 73 Fed. Reg. 8538 | | | | | | | | | | | | | X | | | | |
| 16. | 22May08 | X | | NPRM, 73 Fed. Reg. 29942 | | X | | X | | | X | X | | | | | X | | | | |
| 17. | 18Dec08 | X | | Final Rule, 73 Fed. Reg. 77110 | | | | | | | | | | | | | X | | | | |
| 18. | 19Dec08 | X | | Final Rule, 73 Fed. Reg. 78020 | | X | | X | | | X | X | | | | | X | | | | |
| 19. | Oct09 | X | | Unified agenda, DOL 1205-AB58 | | X | | | | | | | | X | | | | | | | |
| 20. | Oct09 | X | | Regulatory plan | | | | | | | | | | | | | X | | | | "As delegated under DHS' regulations" |
| 21. | 5Oct10 | X | | NPRM, 75 Fed. Reg. 61578 | | | | | | | | | | | | | | X | | | "As delegated from DHS" |
| 22. | 19Jan11 | X | | Final Rule, 76 Fed. Reg. 3452 | | | | | | | | | | | | | | X | | | "Delegated from DHS under its regulations" |
| 23. | 18Mar11 | X | | NPRM, 76 Fed. Reg. 15130 | | | | | | | | | | | | | | X | | X | "Delegated from DHS under its regulations" |
| 24. | 21Feb12 | X | | Final Rule, 77 Fed. Reg. 10038 | | X | | | | | X | | | | | | X | | | X | Cong'l acquiescence, implied from administration |
| 25. | Apr13 | X | | Unified agenda, DOL 1205-AB69 | | X | | | | | X | | | | | | | | | | |
| 26. | **24Apr13** | | **X** | **IFR, 78 Fed. Reg. 24047** | | **X** | | **X** | | | **X** | | | | | | | | | | |
| 27. | 24Apr13 | X | | IFR, 78 Fed. Reg. 24047 | X | | | | | | | | | | | | | | | | Subpart A. |
| 28. | 24Apr13 | X | | IFR, 78 Fed. Reg. 24047 | | X | | X | | | X | | | | | | X | | | | This is for § 655.0 only. |
| 29. | 1Apr14 | X | | 20 C.F.R. § 655, Subpart A | | X | | | X | | | | X | | | | | | | | Current codification of Subpart A. |
| 30. | 29Apr15 | X | | IFR, 80 Fed. Reg. 24042 | | | | | | | | | | | | | | X | | | Program rules |
| 31. | **29Apr15** | | **X** | **IFR, 80 Fed. Reg. 24042** | | **X** | | **X** | | | **X** | | | | | | | | | | **Program rules** |
| 32. | 29Apr15 | X | | Final Rule, 80 Fed. Reg. 24146 | X | | | | | | | | | | | | | | | | Subpart A. |
| 33. | 29Apr15 | X | | Final Rule, 80 Fed. Reg. 24146 | | X | | X | | | X | X | | | | | | | | | This is for § 655.0 only. |
| 34. | **29Apr15** | | **X** | **Final Rule, 80 Fed. Reg. 24146** | | **X** | | **X** | | | **X** | | | | | | | | | | **No citation provided. Derived from IFR.** |
| 35. | | | | | | | | | | | | | | | | | | | | | |