UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OUTDOOR AMUSEMENT BUSINESS ASSOCIATION, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. ) | Civil Action No. 16-cv-1015-ELH |

## NOTICE OF PAPER FILING

      PLEASE TAKE NOTICE that Federal Defendants, by and through undersigned counsel, are filing today with Chambers one compact disc containing the administrative record for the rulemaking proceedings at issue in this litigation, *i.e.* the Departments of Homeland Security and Labor's jointly issued regulations governing the H-2B program, *Temporary Non-Agricultural Employment of H-2B Aliens in the United States*, 80 Fed. Reg. 24,042 (Apr. 29, 2015) (Interim Final Rule or IFR), and *Wage Methodology for the Temporary Non-Agricultural Employment H-2B Program*, 80 Fed. Reg. 24,146 (Apr. 29, 2015) (Final Rule). The compact disc will be delivered to the Court by FedEx, a private courier company (FedEx No. 7770-3741-6431). The Federal Defendants, through undersigned counsel, are also serving upon the Court a double-sided paper copy of the contents of the compact disc through the same FedEx courier.

      Undersigned counsel is also serving today by first class mail a copy of the compact disc containing the administrative record upon the following counsel of record for Plaintiffs:

    R Wayne Pierce
    The Pierce Law Firm, LLC
    133 Defense Hwy Ste 201

1

Annapolis, MD 21401-7015
Phone: 1-410-573-9955
Fax: 1-410-573-9956
Email: wpierce@adventurelaw.com

Plaintiffs' counsel

Respectfully submitted this 19th day of August, 2016:

DATED:  August 19, 2016                    Respectfully submitted,

                                           BENJAMIN C. MIZER
                                           Principal Deputy Assistant Attorney General

                                           WILLIAM C. PEACHEY
                                           Director

                                           GLENN M. GIRDHARRY
                                           Assistant Director

                                           By: *s/ Erez Reuveni*
                                           EREZ REUVENI
                                           Senior Litigation Counsel
                                           United States Department of Justice
                                           Civil Division
                                           Office of Immigration Litigation
                                           District Court Section
                                           P.O. Box 868, Ben Franklin Station
                                           Washington, DC 20044
                                           Tel: (202) 407-4293
                                           Fax: (202) 305-7000
                                           Email: erez.r.reuveni @usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on August 19, 2016, I electronically filed the foregoing ANSWER with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the counsel of record.

DATED:   August 19, 2016

                                          *s/ Erez Reuveni*
                                          EREZ REUVENI
                                          Senior Litigation Counsel
                                          United States Department of Justice
                                          Civil Division