# EXHIBIT A

# LIST OF CONTENTS OF ADMINISTRATIVE RECORD

1. DHS Proposed Rule, Changes to Requirements Affecting H–2B Nonimmigrants and Their Employers, 73 FR 49109 (Aug. 20, 2008), Administrative Record ("AR") 0001

2. DOL Proposed Rule, Labor Certification Process and Enforcement for Temporary Employment in Occupations Other Than Agriculture or Registered Nursing in the United States (H-2B Workers), and Other Technical Changes, 73 FR 29941 (May 22, 2008), AR0015

3. DOJ Office of Legal Counsel Opinion, Meaning of "Temporary" Work Under 8 U.S.C. § 1101(a)(15)(H)(ii)(b) (Dec. 18, 2008), AR0050

4. DHS Final Rule, Changes to Requirements Affecting H–2B Nonimmigrants and Their Employers, 73 FR 78104 (Dec. 19, 2008), AR0056

5. DHS Final Rule, Changes to Requirements Affecting H–2B Nonimmigrants and Their Employers; Correction, 74 FR 2837 (Jan. 16, 2009), AR0084

6. DHS Notice, H–2B Petitioner's Employment-Related or Fee-Related Notification, 73 FR 77816 (Dec. 19, 2008), AR 0085

7. DHS Notice, Identification of Foreign Countries Whose Nationals Are Eligible to Participate in the H–2B Visa Program, 73 FR 77729, (Dec. 19, 2008), AR0087

8. DHS Notice, Notice of Expansion of Temporary Worker Visa Exit Program Pilot To Include H–2B Temporary Workers, 73 FR 77817, (Dec. 19, 2008), AR0088

9. DHS Proposed Rule, Cost Benefit Analysis (2008), AR0090

10. DHS Final Rule, Cost Benefit Analysis (2008), AR0107

11. Hoefer, Rytina, and Campbell, Estimates of The Unauthorized Immigrant Population Residing in the United States: January 2006 (Aug. 2007), *available at* http://www.dhs.gov/xlibrary/assets/statistics/publications/ill_pe_2006.pdf, AR0135

12. Nonimmigrant Admissions by Region and Country of Residence: Fiscal Years 1998 to 2006, *available at* http://www.dhs.gov/ximgtn/statistics/publications/YrBk06NI.shtm, AR0141

13. U.S. Department of Labor, Bureau of Labor Statistics, Bulletin (May 2007), *available at* https://www.bls.gov/ncs/ocs/sp/ncbl1010.txt, AR0148

14. U.S. Department of Commerce, Economics and Statistics Administration, U.S. Census Bureau, Industry General Summary on Construction for 2002, *available at* http://www.census.gov/prod/ec02/ec0223sg1t.pdf, AR0229

15. Comments Received in Response to DHS Proposed Rule, Changes to Requirements Affecting H–2B Nonimmigrants and Their Employers (117 comments received from various stakeholders including employers and worker advocacy groups), AR0252